# In the United States Court of Federal Claims

Nos. 20-529 & 22-771 (consolidated)

(Filed: September 2, 2022)

|  |  |
|---|---|
| **BOSTON EDISON COMPANY,** | ) |
| Plaintiff, | ) |
| v. | ) |
| **UNITED STATES,** | ) |
| Defendant, | ) |
| and | ) |
| **HOLTEC PILGRIM, LLC,** | ) |
| Defendant-Intervenor. | ) |
| **HOLTEC PILGRIM, LLC, et al.,** | ) |
| Plaintiffs, | ) |
| v. | ) |
| **UNITED STATES,** | ) |
| Defendant. | ) |

## ORDER

Pending before the court is defendant-intervenor Holtec Pilgrim's and consolidated plaintiff Holtec Decommissioning International, LLC's (collectively, "Holtec's") unopposed motion for a protective order.  *See Holtec Pilgrim, LLC, et al., v. United States*, No. 22-771, ECF No. 10.  Holtec represents that it has conferred with counsel for each party, and none opposes Holtec's motion.

On October 18, 2021, the court entered a protective order in *Boston Edison Co. v. United States*, No. 20-529, ECF No. 51.  That order also applied to Holtec Pilgrim, LLC which at the time was (and it still is) a defendant-intervenor in the case.  Therefore, on August 1, 2022, the court issued an order consolidating the separately filed *Holtec* case with *Boston Edison* "for all purposes" and designating *Boston Edison* as the lead case.  *Boston Edison*, ECF No. 78.  Holtec Pilgrim Decommissioning International, LLC is a party to the *Holtec* case along with Holtec Pilgrim, LLC.  Accordingly, the protective order in *Boston Edison*, ECF No. 51, extends to both Holtec Pilgrim, LLC and Holtec Pilgrim Decommissioning International, LLC, as well as its counsel.

In the circumstances, the motion by plaintiffs in the *Holtec* case is redundant.  To avoid confusion and potentially divergent protective provisions, the extant motion for a protective order is DENIED as moot.

For clarity, this order shall be entered in the dockets for both the *Boston Edison* and *Holtec* cases, even though the *Holtec* case no longer has separate existence.  All future filings should be made in *Boston Edison*, the lead case.

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Senior Judge